# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN M. BARTLETT,<br><br>        Petitioner,<br><br>    v.<br><br>PAUL PENZONE,<br><br>        Respondent. | Case No. 1:19-cv-01370-DAD-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 4) |

Petitioner Alan M. Bartlett is proceeding *pro se* with a petition for writ of habeas corpus. On October 18, 2019,[1] the Magistrate Judge issued findings and recommendation recommending dismissal of the petition. (ECF No. 3). On November 1, 2019, the Court received the instant notice in which Petitioner objects to the recommendation and moves to voluntarily withdraw the petition pursuant to Federal Rule of Civil Procedure 41. (ECF No. 4).

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal under this rule grants a plaintiff an absolute right to dismiss without prejudice, requires no action on the part of the court, and divests the court of jurisdiction upon the filing of the notice of voluntary dismissal. See United States v. 475 Martin Lane, 545

---

[1] The findings and recommendation was signed on October 17, 2019 and entered on the docket on October 18, 2019.

1

F.3d 1134, 1145 (9th Cir. 2008) (describing consequences of voluntary dismissals pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)).

In this case, Respondent has not served either an answer or a motion for summary judgment. Thus, Petitioner's request of dismissal was effective upon filing and without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). For the sake of clarity, in light of the notice of dismissal, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to CLOSE the case.

IT IS SO ORDERED.

Dated: **November 5, 2019**   /s/ *Eric P. Gross*
UNITED STATES MAGISTRATE JUDGE